

# NUMBER 13-09-00373-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**NORMA DE LA TORRE,**                                                                  **Appellant,**

**v.**

**NOE FLORES SALINAS,**                                                                  **Appellee.**

### On appeal from the 93rd District Court
### of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Perkes
Memorandum Opinion by Justice Perkes**

This cause is now before the Court on appellant's motion to dismiss the appeal.

This case was abated on July 15, 2010, due to ongoing litigation related to a settlement

agreement.

The Court, having considered the documents on file and the motion to dismiss the appeal, hereby REINSTATES the case and GRANTS the motion. *See* Tᴇx. R. Aᴘᴘ. P. 42.1(a).

The appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* Tᴇx. R. Aᴘᴘ. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). All pending motions, specifically including Appellant's Motion to Determine the Finality of the Judgment, are DISMISSED AS MOOT.

Therefore, having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

GREG T. PERKES
Justice

Delivered and filed the
15th day of October, 2020.

2